HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAY STROBLE,

    Plaintiff,

v.

WERNER CO., dba WERNER LADDER CO., a FOREIGN CORPORATION,

    Defendant.

CASE NO. 3:22-cv-05081-DGE

STIPULATION AND ORDER OF DISMISSAL

NOTE ON MOTION CALENDAR: FEBRUARY 09, 2023

## I.  STIPULATION

This case has been fully resolved by settlement.  ALL PARTIES THEREFORE STIPULATE that any and all claims, counterclaims, and cross-claims asserted or which could have been asserted in this action be dismissed with prejudice and without an award of costs or fees to any party.

//

//

//

STIPULATION AND ORDER OF DISMISSAL - 1

GORDON & POLSCER, L.L.C.
1700 Seventh Avenue, Suite 2100
Seattle, WA  98101
(206) 223-4226

Respectfully submitted this 9th day of February, 2023.

| **McCanna Law, PLLC** | **Cunningham Swaim, LLP** |
|---|---|
| *Counsel for Plaintiff* | *Counsel for Defendant* |

By: */s James K. McCanna*
James K. McCanna, WSBA#22565
McCanna Law, PLLC
P.O. Box 468
Kingston, WA 98346
360-297-4057
360-297-4157 fax

By: */s Michael Terhar*
Michael Terhar, CSB# 89491
Cunningham Swaim, LLP
2 N. Lake Avenue, Suite 550
Pasadena, CA 91101
626-765-3006
626-765-3030 fax

**Gordon & Polscer, L.L.C.**
*Local Counsel for Defendant*

By: */s T. Arlen Rumsey*
T. Arlen Rumsey, WSBA #19048
Gordon & Polscer, L.L.C.
1700 Seventh Avenue, Suite 2100
Seattle, WA  98101
(206) 223-4226
Email: arumsey@gordon-polscer.com

## II.  ORDER

Pursuant to the above stipulation,

IT IS HEREBY ORDERED that this action and any and all claims, counterclaims, and cross-claims asserted or which could have been asserted in this action are dismissed with prejudice and without an award of costs or fees to any party.

DATED this 10th day of February, 2023.

David G. Estudillo
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 2

**CERTIFICATE OF SERVICE**

I, Edward Chien declare, under penalty of perjury under the laws of the United States, as follows:

1) I am a citizen of the United States and a resident of the State of Washington. I am over the age of 18 years and not a party to the within entitled cause. I am employed by the law firm of Gordon & Polscer, L.L.C., whose address is 1700 Seventh Avenue, Suite 2100, Seattle, Washington, 98121.

2) By the end of business day on the date noted below, I caused to be served upon counsel of record at the addresses and in the manner described below, the foregoing document.

| *Attorneys for Plaintiff* | |
|---|---|
| James K. McCanna, Esq<br>McCanna Law, PLLC<br>PO BOX 468<br>Kingston, WA 98346<br>(360) 497-4057<br>jmccanna@mccannalaw.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☒ **E-Mail/E-Service via the Court** |

DATED this 9th day of February, 2023.

By: */s Edward Chien*
Edward Chien, Paralegal

CERTIFICATE OF SERVICE - 1

**GORDON & POLSCER, L.L.C.**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
(206) 223-4226